1
2
3
4                                                   JS-6
5
6
7
8              **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11   JOSE LOPEZ NEGRETE                    Case No.: 2:19-cv-04784-MWF-SS
     MARISSA NEGRETE;
12                                         Hon. District Judge Michael W.
              Plaintiffs,                  Fitzgerald
13
                                           **ORDER APPROVING**
     v.                                    **STIPULATION TO DISMISS**
14                                         **COMPLAINT WITH PREJUDICE**
     FREEDOM MORTGAGE                      **PURSUANT TO FEDERAL RULE**
15   CORPORATION; and DOES 1-100           **OF CIVIL PROCEDURE**
     inclusive,                            **41(a)(1)(A)(ii)**
16
              Defendants.                  [No Hearing Required]
17
                                           State Court Case No. 56-2019-
18                                         00527138-CU-OR-VTA
                                           Action Filed: April 8, 2019
19                                         Trial Date: NA
20

21
        The Court having considered the *Stipulation to Dismiss Action With Prejudice*
22
     *Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation")
23
     entered into by and between *plaintiffs* Jose Lopez Negrete and Marissa Negrete and
24
     *defendant* Freedom Mortgage Corporation (collectively, the "Parties"), and good
25
     cause appearing therefor,
26
        **IT IS ORDERED** that the Stipulation is **APPROVED**.
27
28

1  **IT IS FURTHER ORDERED** that this action is hereby dismissed as to all

2 parties *with prejudice*.

3  **IT IS FURTHER ORDERED** that all hearings currently scheduled in this

4 action are hereby vacated.

5  **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the

6 purpose of enforcing the terms of the separate settlement agreement entered into

7 between the Parties.

8

9  **IT IS SO ORDERED**.

10

11

12 Dated: July 11, 2019

13           HON. MICHAEL W. FITZGERALD
           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE**

1426117.1